UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RODOLFO POBLADOR AGNER, | ) | 1:06-CV-01110 OWW LJO HC |
| | ) | |
| Petitioner, | ) | ORDER REGARDING PETITIONER'S |
| | ) | MOTION FOR CANCELLATION OF CASE |
| v. | ) | NUMBER |
| | ) | |
| HON. ALBERTO R. GONZALES, | ) | [Doc. #13] |
| | ) | |
| Respondent. | ) | |

Petitioner is a detainee of the Bureau of Immigration and Customs Enforcement proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On August 18, 2006, Petitioner filed a petition for writ of habeas corpus in the Sacramento Division of the Eastern District of California. On August 22, 2006, the District Court transferred the petition to this Court. During this transfer, it appears that another case (1:06-01133 AWI WMW HC) was mistakenly opened with the same petition. On September 14, 2006, Petitioner filed the instant motion for cancellation of case number notifying the Court of the filing error. Petitioner is informed the duplicate case will be dismissed; however, it will be addressed in the other case.

Accordingly, Petitioner's motion for cancellation of case number is DISMISSED.

IT IS SO ORDERED.

**Dated:    September 20, 2006**            /s/ Lawrence J. O'Neill
b9ed48                                                      UNITED STATES MAGISTRATE JUDGE