# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODOLFO POBLADOR AGNER,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>HON. ALBERTO R. GONZALES,<br><br>　　　　Respondent. | 1:06-CV-01110 OWW LJO HC<br><br>ORDER VACATING ORDER TO SUBMIT FILING FEE OR APPLICATION TO PROCEED IN FORMA PAUPERIS ISSUED ON SEPTEMBER 20, 2006<br><br>[Doc. #17] |

　　On September 20, 2006, this Court issued an order directing Petitioner to pay the filing fee or submit an application to proceed in forma pauperis within thirty (30) days of the date of service of the order.

　　On October 10, 2006, Petitioner filed a response to the order.  Petitioner states that he did pay the filing fee; however, he erroneously made the payment in his duplicate case (Case No. 1:06-CV-01133 AWI WMW HC), which has since been closed. The Court finds that Petitioner has paid the filing fee.

　　Accordingly, the September 20, 2006, order is HEREBY VACATED.

IT IS SO ORDERED.

**Dated:　October 17, 2006**　　　　　　　　　/s/ Lawrence J. O'Neill
b9ed48　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE