IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODOLFO POBLADOR AGNER, | 1:06-CV-1110 OWW LJO HC |
| Petitioner, | |
| vs. | ORDER DISREGARDING MOTION TO TRANSFER FILING FEE AS MOOT |
| HON. ALBERTO R. GONZALES, | |
| Respondent. | ORDER GRANTING IN FORMA PAUPERIS STATUS |
| _____/ | (Document No. 2, 20) |

Petitioner is a prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. Section 2241.

On October 10, 2006, petitioner filed a motion to transfer the $5 filing fee paid in his duplicate case (Case No. 1:06-CV-1133 AWI WMW HC), to his above entitled pending case. On October 19, 2006, the Court issued an order acknowledging that petitioner has paid the $5.00 filing fee and GRANTED petitioner in forma pauperis status. Due to the fact that petitioner paid the filing fee, IT IS HEREBY ORDERED THAT petitioner's motion is disregarded as moot.

IT IS SO ORDERED.

**Dated:   October 27, 2006**           /s/ Lawrence J. O'Neill
23ehd0                              UNITED STATES MAGISTRATE JUDGE