UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODOLFO POBLADOR AGNER, )<br>  )<br>  Petitioner, )<br>  )<br>  )<br>  v. )<br>  )<br>  )<br>HON. ALBERTO R. GONZALES, )<br>  )<br>  Respondents. )<br>_____ ) | 1:06-CV-01110 OWW LJO HC<br><br>ORDER RE FINDINGS AND<br>RECOMMENDATION<br>[Doc. #22]<br><br>ORDER DISMISSING PETITION FOR WRIT<br>OF HABEAS CORPUS<br><br>ORDER DIRECTING CLERK OF COURT<br>TO ENTER JUDGMENT |

Petitioner is a detainee of the United States Bureau of Immigration and Customs Enforcement ("ICE") proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On October 19, 2006, the Magistrate Judge issued Findings and Recommendation that recommended the petition be TRANSFERRED to the Ninth Circuit Court of Appeals pursuant to 8 U.S.C. § 1252. The Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within ten (10) days of the date of service of the order.

On November 2, 2006, Respondent filed objections to the Findings and Recommendation. Respondent does not dispute the District Court is without jurisdiction to entertain the petition. However, Respondent argues the petition should be dismissed rather than transferred, because the

1  petition was filed after the "REAL ID Act of 2005" was enacted. Respondent's arguments are

2  persuasive. Petitioner filed his petition after the Act was enacted. Therefore, this Court is without

3  jurisdiction to entertain it. The only means for review of the order for removal is a petition for

4  review in the Ninth Circuit. The instant petition must be dismissed. See Puri v. Gonzales, 464 F.3d

5  1038, 1041 (9th Cir. 2006); Medellin-Reyes v. Gonzales, 435 F.3d 721, 723-24 (7th Cir. 2006).

6      In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de*

7  *novo* review of the case. Having carefully reviewed the entire file and having considered the

8  objections, the Court concludes that the Magistrate Judge's Findings and Recommendation is correct

9  in part.

10     Accordingly, IT IS HEREBY ORDERED that:

11     1. The Findings and Recommendation issued October 19, 2006, is ADOPTED IN PART;

12     2. The Petition for Writ of Habeas Corpus is DISMISSED; and

13     3. The Clerk of Court is DIRECTED to enter judgment for Respondent and against

14  Petitioner.

15  IT IS SO ORDERED.

16  **Dated:   November 9, 2006**            /s/ Oliver W. Wanger
    emm0d6                                  UNITED STATES DISTRICT JUDGE